**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LARRY H. HUNT,** ) | **CASE NO.  4:05CV1046** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **Judge John M. Manos** |
| **CITY OF YOUNGSTOWN WATER** ) | |
| **DEPARTMENT** ) | |
| ) | |
| **Defendant.** ) | **ORDER** |

Pursuant to the memorandum of opinion filed in this case on this date, the City Water Department's motion for summary judgment is **GRANTED**.  Each party to bear its own costs.

**IT IS SO ORDERED.**

**Date: October 21, 2005**                    */s/ John M. Manos*
                                                                  **UNITED  STATES DISTRICT JUDGE**